

# TEXAS COURT OF CRIMINAL APPEALS

## Austin, Texas

# M A N D A T E

**THE STATE OF TEXAS,**

**TO THE <u>119TH DISTRICT COURT OF TOM GREEN COUNTY</u>** — GREETINGS:

Before our **COURT OF CRIMINAL APPEALS**, on **SEPTEMBER 16, 2015**, the cause upon an Application for Writ of Habeas Corpus styled:

## EX PARTE RICHARD SEPEDA SOSA, III

CCRA No. **WR-82,482-01**

Tr. Crt. No. **B-13-1065-SB-W-1**

was determined; and therein our said **COURT OF CRIMINAL APPEALS** made its order in these words:

"This cause came on to be heard on the Application for Writ of Habeas Corpus, and the same being considered, it is **ORDERED, ADJUDGED AND DECREED** that HABEAS CORPUS RELIEF IS **GRANTED**, in accordance with the Opinion of this Court, and that this Decision be certified below for Observance."

**WHEREFORE,** We command you to observe the order of our said **COURT OF CRIMINAL APPEALS** in this behalf and in all things have it duly recognized, obeyed and executed.

WITNESS, **THE HONORABLE SHARON KELLER**, Presiding Judge

of our said **COURT OF CRIMINAL APPEALS**,

with the Seal thereof annexed, at the City of Austin,

on this day **Monday, October 12, 2015.**

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 30 2015

Abel Acosta. Clerk

COPY

ABEL ACOSTA, Clerk
By: Deana Williamson, Deputy Clerk

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.41°
02 1W
0001401603 OCT 14 2015

PRESORTED
FIRST CLASS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RETURNED TO SENDER

REASON CHECKED
Unclaimed ___ Refused ___
Attempted-Not known ___
Insufficient Address ___ number ___
No such street ___
No such office in state ___
Do not remail in this envelope

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

COURT OF CRIMINAL APPEALS OF TEXAS

RE: WR-82,482-01

RICHARD SEPEDA SOSA III
TULIA UNIT - TDC # 1944371
4000 HWY. 86 W
TULIA, TX 79088